IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WILDEARTH GUARDIANS,

        Plaintiff,

vs.                                                                              1:21-cv-01218-KRS-LF

U.S. BUREAU OF LAND MANAGEMENT
and KYMM GRESSET,

        Defendant(s).

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

IT IS HEREBY ORDERED that a status conference will be held by telephone on **Monday, March 28, 2022**, at **2:30 p.m.** Counsel shall call my AT&T toll-free conference line at 1-888-363-4734 and dial access code 5407449 to be joined to the proceedings.

_____
Laura Fashing
United States Magistrate Judge