IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WILDEARTH GUARDIANS,

   Plaintiff,

v.                                        Case No. 1:21-cv-1218 KRS/LF

UNITED STATES DEPARTMENT of the
INTERIOR, and
BUREAU of LAND MANAGEMENT,

   Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO DISMISS INDIVIDUAL AND AMEND CASE CAPTION

THIS MATTER is before the Court on Defendants' Unopposed Motion to Dismiss Individual and Amend Caption of the Case, (Doc. 11), filed March 22, 2022.  Defendants explain that the United States Department of the Interior and the Bureau of Land Management are the only true parties in interest in this Freedom of Information Act matter, and ask to substitute those agencies for the individual Field Manager of the BLM's Rio Puerco Field Office, Kymm Gresset.  Plaintiff does not oppose the Motion.  Having reviewed the Motion, record of the case, and relevant law, the Court finds the Motion is well-taken and shall be granted.

IT IS THEREFORE ORDERED that Defendants' Unopposed Motion to Dismiss Individual and Amend Caption of the Case, (Doc. 11), is GRANTED, and Defendant Kymm Gresset is DISMISSED with prejudice and the caption of the case is amended to substitute the United States Department of the Interior and the Bureau of Land Management as defendants.

IT IS SO ORDERED.

                                                                         _____
                                                                         KEVIN R. SWEAZEA
                                                                         UNITED STAGES MAGISTRATE JUDGE